**DISMISS and Opinion Filed July 17, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01186-CV

**MOIN HOQUE, JANE DOE, JOHN DOE AND ALL OTHER OCCUPANTS OF 1157 E. PENTAGON PARKWAY, DALLAS, TEXAS 75216, Appellants**
**V.**
**WILDCATS LENDING FUND ONE LP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06909-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellants' brief in this case is overdue. By postcard dated June 18, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231186F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MOIN HOQUE, JANE DOE, JOHN DOE AND ALL OTHER OCCUPANTS OF 1157 E. PENTAGON PARKWAY, DALLAS, TEXAS 75216, Appellants

No. 05-23-01186-CV      V.

WILDCATS LENDING FUND ONE LP, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-06909-C.
Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 17, 2024